## *Ex parte* WESLEY HODGES.

No. A-3172.    Opinion Filed May 20, 1919.

(180 Pac. 717.)

**HABEAS CORPUS—Petition—Sufficiency.** A petition for habeas corpus, averring that petitioner was unlawfully held under a commitment upon a judgment on a verdict finding him guilty of perjury, and that facts stated in information did not constitute a criminal offense, so that court was without jurisdiction to try or sentence him, did not state facts entitling him to the writ.

Petition by Wesley Hodges for a writ of *habeas corpus.* Dismissed.

*Beckett & Roland,* for petitioner.

The Attorney General and *W. C. Hall,* Asst. Atty. Gen., for respondent.

PER CURIAM. The petitioner, Wesley Hodges, filed his petition for a writ of *habeas corpus* in this court by mail, wherein it is averred that he is unlawfully held under a commitment issued out of the superior court of Okmulgee county upon a judgment rendered in said court upon a verdict finding said petitioner guilty of the crime of perjury.

It is further averred that the facts stated in the information upon which he was convicted do not constitute a criminal offense, and for this reason the court was without jurisdiction to try, sentence, or imprison petitioner thereunder.

Counsel for the state have moved to dismiss said cause for the reason that said petition does not state facts sufficient to entitle the petitioner to the relief prayed for.

The motion to dismiss is sustained, and the cause is dismissed.